1  Mona Amini, Esq. (SBN: 296829)
   mona@kazlg.com
2  Robert L. Hyde (SBN: 227183)
   rlhyde@icloud.com
3  **KAZEROUNI LAW GROUP, APC**
   245 Fischer Avenue, Unit D1
4  Costa Mesa, California 92626
   Telephone: (800) 400-6808
5  Facsimile:  (800) 520-5523

6  *Attorneys for Plaintiff,*
   Jamael Edwards
7

8  **UNITED STATES DISTRICT COURT**
9  **CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMAEL EDWARDS, individually and on behalf of all others similarly situated, | Case No.:  8:21-cv-00388-DOC-DFM |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| APEX BUSINESS SOLUTIONS, a/k/a APEX BUSINESS SOLUTIONS, LLC; JOSHUA NEAL and JOLINE NEAL, | |
| Defendants. | |

///
///
///
///
///
///
///
///
///

- 1 -
NOTICE OF SETTLEMENT

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff, Jamael Edwards ("Plaintiff") and Defendants Apex Business Solutions, a/k/a Apex Business Solutions, LLC, Joshua Neal, and Joline Neal (collectively "Defendants") have reached an individual settlement in the above-captioned action. A formal written settlement agreement will be prepared and circulated between the parties for review and approval. After all parties have executed the formal written settlement agreement, and the settlement has been fully consummated, the parties anticipate filing a Stipulation of Dismissal of Plaintiff's individual claims with prejudice and dismissing the putative class claims without prejudice with each party to bear its own attorney's fees and costs.

Dated: May 21, 2021　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　**KAZEROUNI LAW GROUP, APC**

　　　　　　　　　　　　　　　By:　*s/ Mona Amini*
　　　　　　　　　　　　　　　　　MONA AMINI, ESQ.
　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

# **CERTIFICATE OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is KAZEROUNI LAW GROUP, APC, 245 Fischer Avenue, Unit D1, Costa Mesa, California 92626. On May 21, 2021, I served the within document(s):

**NOTICE OF SETTLEMENT**

☒ CM/ECF - by transmitting electronically the document(s) listed above to the electronic case filing system on this date before 11:59 p.m. The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record who are registered with the Court's CM/ECF system.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on May 21, 2021 at Costa Mesa, California.

/S/ MONA AMINI
MONA AMINI, ESQ.