Mona Amini, Esq. (SBN: 296829)
mona@kazlg.com
Robert L. Hyde (SBN: 227183)
rlhyde@icloud.com
**KAZEROUNI LAW GROUP, APC**
245 Fischer Avenue, Unit D1
Costa Mesa, California 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for Plaintiff,*
Jamael Edwards

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMAEL EDWARDS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>APEX BUSINESS SOLUTIONS, a/k/a APEX BUSINESS SOLUTIONS, LLC; JOSHUA NEAL and JOLINE NEAL,<br><br>Defendants. | Case No.: 8:21-cv-00388-DOC-DFM<br><br>**STIPULATION TO DISMISS ACTION WITH PREJUDICE AS TO PLAINTIFF'S INDIVIDUAL CLAIMS AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS PURSUANT TO F.R.C.P. 41(A)(1)** |

///
///
///
///
///
///
///
///
///

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff Jamael Edwards ("Plaintiff") and Defendants Apex Business Solutions, a/k/a Apex Business Solutions, LLC, Joshua Neal, and Joline Neal (collectively "Defendants"), through their attorneys of record, hereby stipulate and agree to dismiss this action pursuant to Fed. R. Civ. P. Rule 41(a)(1) with prejudice as to Plaintiff's individual claims and without prejudice as to the claims of the putative class. Each party shall bear their own attorneys' fees and costs.

**IT IS SO STIPULATED**.

Dated: September 28, 2021                                   **KAZEROUNI LAW GROUP, APC**

By:   s/ Mona Amini
       Mona Amini, Esq.
       Attorney for Plaintiffs

Dated: September 28, 2021                                   **SIMMONDS & NARITA, LLP**

By:   s/ Tomio B. Narita
       Tomio B. Narita, Esq.
       Attorney for Defendants

# CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is KAZEROUNI LAW GROUP, APC, 245 Fischer Avenue, Unit D1, Costa Mesa, California 92626. On September 28, 2021, I served the within document(s):

**STIPULATION TO DISMISS ACTION WITH PREJUDICE AS TO PLAINTIFF'S INDIVIDUAL CLAIMS AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS PURSUANT TO F.R.C.P. 41(A)(1); and [PROPOSED] ORDER**

☒ CM/ECF - by transmitting electronically the document(s) listed above to the electronic case filing system on this date before 11:59 p.m. The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record who are registered with the Court's CM/ECF system.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on September 28, 2021, at Costa Mesa, California.

/s/ Mona Amini
Mona Amini, Esq.