JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMAEL EDWARDS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>APEX BUSINESS SOLUTIONS, a/k/a APEX BUSINESS SOLUTIONS, LLC; JOSHUA NEAL and JOLINE NEAL,<br><br>Defendants. | Case No.: 8:21-cv-00388-DOC-DFM<br><br>**ORDER GRANTING STIPULATION TO DISMISS ACTION WITH PREJUDICE AS TO PLAINTIFF'S INDIVIDUAL CLAIMS AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS PURSUANT TO F.R.C.P. 41(A)(1) [17]** |

Having considered the parties' stipulation to dismiss this action pursuant to Fed. R. Civ. P. Rule 41(a)(1) with prejudice as to Plaintiff Jamael Edwards' ("Plaintiff") individual claims and without prejudice as to the claims of the putative class, and good cause appearing therefor, IT IS HEREBY ORDERED:

1. This action is dismissed with prejudice as to Plaintiff's individual claims and without prejudice as to the claims of the putative class; and
2. Each of the parties shall bear their own attorneys' fees and costs.

**IT IS SO ORDERED**.

Dated: September 29, 2021

_David O. Carter_
Honorable David O. Carter
United States District Judge